| 341P16 | State v. Joe Terry Wright | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-589) | Dismissed |
|---|---|---|---|
| 342P16 | State v. Antravis Quanealious Briggs | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-767) | Denied |
| 343P16 | John M. Huff, Jr. v. William Hoyt Paramore, III | Plt's *Pro Se* Motion for Hearing | Dismissed |
| 345P16-2 | State v. Dwayne Demont Haizlip | 1. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **09/29/2016**<br><br>2. Allowed **09/29/2016** |
| 348A16 | Kevin J. Tully v. City of Wilmington | Plt's Motion for Withdrawal of Appearance and for Substitution of Counsel | Allowed **11/09/2016** |
| 351P16 | State v. Matthew Ryan Hoover | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Iredell County | Dismissed |
| 352P16 | State v. Jeral Thomas Ore, Jr. | 1. State's Motion for Temporary Stay (COA16-100)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/29/2016**<br><br>2.<br><br>3. |
| 353P16 | State v. Camellia Brown | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion for Preparation of Stenographic Transcript<br><br>3. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>4. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Wake County<br><br>5. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>6. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed without prejudice<br><br>2. Dismissed as moot<br><br>3. Denied **09/26/2016**<br><br>4. Dismissed<br><br>5. Allowed<br><br>6. Dismissed as moot |